# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**CASE NO.** 25-20103-DDC-TJJ
**FILED UNDER SEAL**

**CHRISTOFER NEIGHBORS,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### UNLAWFUL POSSESSION OF A MACHINEGUN
### [18 U.S.C. § 922(o)]

On or about July 12, 2025, in the District of Kansas, the defendant,

**CHRISTOFER NEIGHBORS,**

did knowingly and unlawfully possess a machinegun as defined in 26 U.S.C. § 5845(b), that is, a black SCT Manufacturing, 9x19mm caliber firearm (SN: AAA0030751).

In violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

1

## FORFEITURE NOTICE

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

   A. a black SCT Manufacturing LLC, 9x19mm caliber firearm (SN: AAA0030751), that contained a red machine gun conversion device with a counterfeit Glock logo; and
   B. ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

<u>December 17, 2025</u>                          <u>   s/Foreperson                    </u>

DATE                                             FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By:<u> /s/ Taylor Hines                 </u>

2

Taylor Hines
Special Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Taylor.Hines@usdoj.gov
Ks. S. Ct. No. 28101

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

**Count 1: Unlawful Possession of a Machine Gun [18 U.S.C. § 922(o)]**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.